MACHI & ASSOC., P.C.
1521 N. Cooper, Suite 550
Arlington, TX  76011
817) 335-8880
817) 275-6660 (FAX)
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **CHARLES A. COLEMAN, JR.** | § | **CASE NO.  10-46538-DML-13** |
| | § | |
| **DEBTOR** | § | |

**CERTIFICATE**

NOW COMES, CHARLES A. COLEMAN, JR., Debtor, and hereby files this Certificate pursuant to Sections 1325(a)(8) and (9) of the Bankruptcy Code and General Order 2010-01.

Debtor certifies that all amounts required to be paid under a domestic support obligation of a judicial or administrative order, or by statute, and that first became payable after the date of the filing of the bankruptcy petition have been paid.

Further, Debtor certifies that all applicable Federal, State, and local tax returns as required by the bankruptcy code have been filed with the appropriate taxing authority.

Respectfully submitted,

/s/ *Matthew F. Wegner*
MATTHEW  F. WEGNER
State Bar No:  24031234

MACHI & ASSOCIATES, P.C.
1521 N. Cooper, Suite 550
Arlington, TX 76011
(817) 335-8880 telephone
(817) 275-6660 fax

ATTORNEY FOR DEBTOR